IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTINA FANTETTI, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:08cv621 |
| | : Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on August 30, 2009 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 22, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Upon remand, the ALJ shall elicit testimony and evidence to supplement the record with regard to the effectivity of the continuing Soliris injections and/or other treatment for Plaintiff's two chronic blood impairments in relation to her ability to sustain full-time employment.

IT IS SO ORDERED.

             ___s/Susan J. Dlott_____
             Chief Judge Susan J. Dlott
             United States District Court