IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTINA FANTETTI, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:08cv621 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on January 22, 2010 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 10, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition filed by Plaintiff's counsel (Doc. 12) is **GRANTED.** Counsel is **AWARDED** $2,229.00 in attorney fees and $350.00 in costs, for a total of $2,579.00.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court