IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Christina Marie Fantetti, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:08cv621 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on October 27, 2011 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 16, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, counsel for plaintiff is awarded a fee of $2,061.99 pursuant to the Social Security Act, 42 U.S.C. §406(b), for work performed before this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court